UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES SCHRADER,<br><br>        Defendant. | 5:20-mj-239<br><br>AFFIDAVIT |

State of South Dakota   )
                                  ) ss
County of Pennington  )

I, Erik Doell, Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, state as follows:

1. I am a Special Agent (SA) with the FBI, and I am assigned to the Rapid City Resident Agency, Rapid City, South Dakota. I have over 11 years of law enforcement experience with the FBI as a Special Agent. During that time, I have investigated federal crimes occurring within Indian country, including violations of 18 U.S.C. §§ 113(a)(3) and 1153, Assault with a Dangerous Weapon, and multiple other types of assaults and other crimes.

2. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

This affidavit contains information necessary to support probable cause for this proposed criminal complaint and does not contain every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

**PROBABLE CAUSE AND BACKGROUND OF THE INVESTIGATION**

3. Your affiant learned that on November 10, 2020, Angelo Morales, a/k/a Angelo No Moccasins, was outside a residence in Pine Ridge, South Dakota. Pine Ridge is within the exterior boundaries of the Pine Ridge Reservation. Your affiant learned that at some point in the evening, Charles Schrader and an individual named Louis Winters III approached the home.

4. Your affiant has learned that officers with the Oglala Sioux Tribe Department of Public Safety (OSTDPS) initially were notified of a shooting at 1098 Crazy Horse Housing in Pine Ridge, South Dakota. Officer Gabriella Fills The Pipe responded. When she arrived, an individual named Roger Bird flagged her down and pointed Officer Fills The Pipe toward where Morales was on his stomach. Officer Fills The Pipe approached Morales and observed what appeared to be a shotgun injury to his lower back. She noted several small wounds and a large area of plastic stuck to his back. According to her report, which was completed on November 16, 2020, "[w]hen asked who shot him, he stated 'Louis Winters' and when asked about what vehicle he was in he said 'Charlie Schrader Avalanche.'" Officer Oscar Hudspeth also reported that he heard Morales state, when asked who shot him, that it was "Louise Winters." A review of officer body

camera video recordings from that time show Morales, while in the presence of several officers and other individuals providing assistance, twice said the name "Louis Winters," though it is difficult to determine what had been asked of him or to whom he was responding when he said that name.

5. Your affiant was notified about the report of the shooting. Your affiant went to the Monument Health Hospital in Rapid City, South Dakota, on November 10, 2020, and November 13, 2020. The first interview was brief because Morales was receiving medical treatment for his injuries. During that interview, Morales informed your affiant that he was physically assaulted by Louis Winters III and shot by Charles Schrader. Morales told your affiant that Winters also tried to shoot Morales, but that the shotgun did not fire.

6. In the second interview, Morales provided more detail. Morales stated he was outside the home in the vicinity of 1098 Crazy Horse Housing, colloquially known in the area as the "Corner Pocket." Morales stated he was aware of a fight between Alex Winters and Alex Winters' girlfriend that had occurred the night before wherein Alex Winters sustained numerous lacerations to his head which required stitches or staples. Alex Winters' girlfriend was Morales' children's mother's sister. Morales informed the FBI that Louis Winters III walked up to him outside of "Corner Pocket" and accosted him.

7. Louis Winters III was angry about what had happened to Alex Winters and believed that Morales had something to do with it. Winters III hit Morales in the face and they scuffled. Morales saw Charles Schrader get out of a white Chevrolet Avalanche. Morales knew this vehicle to be operated by

3

Schrader. Morales saw Schrader get out of the Avalanche with a shotgun. Winters III was telling Schrader to shoot Morales. Morales turned away and Charles Schrader shot him in the back. Winters III then kicked Morales in the face before Winters III and Schrader left in Schrader's Avalanche. Morales also stated that after he fell to the ground, Louis Winters, III kicked him in the face, but mentioned that he believed Schrader and Winters left in Morales' vehicle, a blue 2007 Jeep Liberty, or in Schrader's Avalanche.

8. Because Morales had made statements about "Louis Winters" when law enforcement originally arrived, but in later interviews stated Charles Schrader, Sr., had shot him, the undersigned conducted a third interview of Morales on December 3, 2020. In that interview, as relevant here, Morales stated that the individual he knows as Charles Schrader, Sr., was the person who shot him with the shotgun on November 10, 2010. Morales informed your affiant he said the name "Louis Winters" at the scene, after law enforcement arrived, in order to tell them to be looking for Winters because Winters was the individual who had instigated the incident involving himself, Schrader, and Winters. Morales stated that he was not saying Winters's name in order to indicate Winters had shot him.

9. Investigators learned that there were two individuals with the name Charles Schrader[1]: Charles Schrader Sr. and Charles Schrader Jr. Morales

---

[1] For continuity, in this affidavit, Charles Schrader refers to the individual here identified as Charles Schrader, Sr.

4

confirmed that the individual he knew as Charles Schrader, Sr., was the individual who fired a shotgun at Morales.

10. Morales sustained gunshot wound injuries to his back, including penetrating wounds from shotgun pellets and gunpowder burns.

11. You affiant is aware of an individual named Charles Schrader, date of birth May 30, 1966, that is known as Charles Schrader, Sr. The Oglala Sioux Tribe has confirmed that Schrader is an enrolled tribal member.

12. On November 14, 2020, the Rapid City Police Department received an anonymous tip through the department's online reporting system. The information was forwarded to the FBI on November 17. The tip said, "Louis winters the second is out on parole after doing 18 years in prison for murder and he's out now. He recently gave his son Louis Winters the 3rd a gun to go shoot Chico Morales. The shooting happened in pine ridge about 5 days ago and it was Louis Winters the 2nd who gave them the gun to go shoot Chico. He did this 18 years ago and had Lucien Janis killed and now he's doing it again."

13. After a criminal complaint and warrant were issued for Charles Schrader, members of the FBI and Rapid City Police Department learned that Charles Schrader had left the Pine Ridge area after the aforementioned shooting. Law enforcement learned that Schrader had gone to Rapid City and was staying in room 116 at the Super 8 Hotel at 2520 Tower Road, Rapid City, SD. Law enforcement conducted surveillance at the hotel and identified Charles Schrader, Torry Ghost Bear and others later identified as Lyle Jacobs, Deirdre Winters, and Brittany Schulte were present and associated with each other.

14. Law enforcement personnel have confirmed with personnel at the Super 8 Hotel that room 116 was rented by another individual at approximately 2:15 AM on November 11, 2020.

15. At approximately 12:59 PM on November 11, 2020, Charles Schrader was observed exiting the hotel and entered a red Ford Focus. Law enforcement conducted a traffic stop of the vehicle. Schrader was arrested on a warrant on a criminal complaint, and upon Schrader's person was a folding knife, a lighter and a wallet.

16. Contemporaneous with Schrader's arrest, Torry Ghost Bear, who was known to have active local warrants and was previously identified with Schrader, was taken into custody outside the front door to the hotel. Just prior to the arrest, Ghost Bear indicated that the Chevy Malibu described in the caption of this affidavit belonged to him. The vehicle did not have license plates, but a temporary registration in the window stated that it was purchased by an individual named Matt Goings. Law enforcement was later contacted by phone by a woman who identified herself as Missy Goings. Missy Goings said that the Chevrolet Malibu belonged to her and that she loaned it to her nephew, Ghost Bear, on November 10. Ghost Bear told Missy Goings that he had to make a "mad dash" to Rapid City.

17. Brittany Schulte, who had been detained during the arrest, informed law enforcement that the people who had been in the room were those who had just been arrested and/or detained, including her boyfriend, Torry Ghost Bear. She did not provide the names of the others who had been in the room. She

stated her boyfriend's uncle had been in the room, identifying the "uncle" as the person whom law enforcement had arrested, meaning Charles Schrader.

18.  Your affiant has been informed by other law enforcement personnel that Charles Schrader is an uncle to Torry Ghost Bear, the person whom Schulte identified as her boyfriend.

19.  The Super 8 Hotel provided surveillance video from the morning of November 11, 2020.  Special Agent Jeremy Ewan reviewed the video and observed what appeared to be the Chevy Malibu described in this affidavit. In the video, a woman approached the Malibu and spoke to its occupants immediately after renting room #116.  The female then left the hotel in a separate vehicle, while the Malibu moved to a parking spot on the south side of the building, near room #116. Two adult males, believed to be Schrader and Ghost Bear, then exited the vehicle and entered the Super 8.

20.  The Chevy Malibu described in this affidavit was seized during the arrest of Schrader and transported to a secure FBI facility in Rapid City for safekeeping. It should be noted that when the vehicle was seized it appeared to be parked in the same location where it had been observed on the surveillance video.

### REQUEST FOR SEALING OF APPLICATION/AFFIDAVIT

21.  I further request that the Court order that all papers in support of this application, including the affidavit and arrest warrant, be sealed in that the affidavit and warrant are part of an ongoing investigation.  These documents discuss an ongoing criminal investigation that is neither public nor known to all

the targets of the investigation. Accordingly, there is good cause to seal these documents because their disclosure may seriously jeopardize the investigation.

## CONCLUSION

22. Based on my training and experience, and the facts as set forth in this affidavit, your affiant believes there is probable cause to believe that Charles Schrader, Sr., an Indian, has violated 18 U.S.C. §§ 113(a)(3) and 1153 in that he assaulted Angelo Morales, a/k/a Angelo No Moccasins, with a dangerous weapon, a shotgun, with intent to inflict bodily harm, within the exterior boundaries of the Pine Ridge Reservation.

Special Agent Erik Doell
Federal Bureau of Investigation

SUBSCRIBED and SWORN to
____ in my presence
✓ by reliable electronic means

this __4th__ day of December, 2020.

DANETA WOLLMANN
U.S. MAGISTRATE JUDGE